1  Glenn Zuckerman
2  **WEITZ & LUXENBERG, PC**
   700 Broadway
3  New York, New York 10003
   Telephone: 212-558-5000
4  Facsimile: 212-344-5461
   Attorneys for Plaintiffs
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | This Document Relates to:                          )
13 | *Donald Whitman, et al. v. Pfizer Inc*             )  **MDL NO. 1699**
   | (06-1350 CRB)                                      )  **District Judge: Charles R. Breyer**
14 |                                                    )
   | *Mildred Hance v. Pfizer Inc, et al.*              )
15 | (06-1718 CRB)                                      )
16 | *William Lopez, et al. v. Astra Merck, Inc., et al.*)  **STIPULATION AND ORDER OF**
   | (06-2621 CRB)                                      )  **DISMISSAL WITH PREJUDICE**
17 |                                                    )
   | *Rafaela Roman Velez, et al. v. Astra Merck,*      )
18 | *Inc., et al.*                                     )
   | (06-2649 CRB)                                      )
19 |                                                    )
   | *Luis R. Carrion Velez, et al. v. Astra Merck,*    )
20 | *Inc., et al.*                                     )
   | (06-2658 CRB)                                      )
21 |                                                    )
   | *Teresita Falcon Matos, et al. v. Astra Merck,*    )
22 | *Inc., et al.*                                     )
   | (06-2660 CRB)                                      )
23 |                                                    )
   | *Ronny Maria Sanders, et al. v. Pfizer Inc*        )
24 | (06-2681 CRB)                                      )
   |                                                    )
25 | *Lori Sargent et al. v. Pfizer Inc*                )
   | (06-3675 CRB)                                      )
26 |                                                    )
   | *James Hall, et al. v. Pfizer Inc*                 )
27 | (06-3676 CRB)                                      )
   |                                                    )
28 | *John Hayhurst v. Pfizer Inc, et al.*              )

-1-

| | | |
|---|---|---|
| 1 | (06-3758 CRB) | ) |
| 2 | *Bill Casillas, et al. v. Pfizer Inc, et al.*<br>(06-3958 CRB) | )<br>) |
| 3 | | ) |
| 4 | *Patricia Knudsen v. Pfizer Inc, et al.*<br>(06-4043 CRB) | )<br>) |
| 5 | *Betty Moncrief, et al. v. Pfizer Inc, et al.*<br>(06-4100 CRB) | )<br>) |
| 6 | | ) |
| 7 | *Annette Edelen, et al. v. Pfizer Inc, et al.*<br>(06-4147 CRB) | )<br>) |
| 8 | *Debbie Mitchell v. Pfizer Inc, et al.*<br>(06-4296 CRB) | )<br>) |
| 9 | | ) |
| 10 | *Joseph Gastaldi, et al. v. Pfizer Inc, et al.*<br>(06-4362 CRB) | )<br>) |
| 11 | *Demetrio Rubio v. Pfizer Inc, et al.*<br>(06-4449 CRB) | )<br>) |
| 12 | | ) |
| 13 | *Earlene McBride, et al. v. Pfizer Inc, et al.*<br>(06-4462 CRB) | )<br>) |
| 14 | *Louis Walkingstick, et al. v. Pfizer Inc, et al.*<br>(6-4463 CRB) | )<br>) |
| 15 | | ) |
| 16 | *Virginia Thorne v. Pfizer Inc, et al.*<br>(06-4464 CRB) | )<br>) |
| 17 | *Rojelio Longoria, et al. v. Pfizer Inc, et al.*<br>(06-4586 CRB) | )<br>) |
| 18 | | ) |
| 19 | *Annie White, et al. v. Pfizer Inc, et al.*<br>(06-4678 CRB) | )<br>) |
| 20 | *Martha Stevens, et al. v. Pfizer Inc, et al.*<br>(06-4920 CRB) | )<br>) |
| 21 | | ) |
| 22 | *Janette Smith v. Pfizer Inc, et al.*<br>(06-4977 CRB) | )<br>) |
| 23 | *Roselie Atkins, et al. v. Pfizer Inc, et al.*<br>(06-5272 CRB) | )<br>) |
| 24 | | ) |
| 25 | *Dawna Garza v. Pfizer Inc, et al.*<br>(06-5416 CRB) | )<br>) |
| 26 | *Ralph Adams, et al. v. Pfizer Inc, et al.*<br>(06-5591 CRB) | )<br>) |
| 27 | | ) |
| 28 | *Albert Leong v. Pfizer Inc, et al.*<br>(06-5666 CRB) | )<br>) |

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42581180.1

| | |
|---|---|
| 1 | |
| 2 | *Catherine Connolly, et al. v. Pfizer Inc, et al.* (06-5738 CRB) ) ) ) |
| 3 | *Randy Masker, et al. v. Pfizer Inc, et al.* (06-5739 CRB) ) ) ) |
| 4 | |
| 5 | *Charlie Rhome, et al. v. Pfizer Inc, et al.* (06-5740 CRB) ) ) ) |
| 6 | *Paulette Balda, et al. v. Pfizer Inc, et al.* (06-5765 CRB) ) ) ) |
| 7 | |
| 8 | *William Halpin, et al. v. Pfizer Inc, et al.* (06-5777 CRB) ) ) ) |
| 9 | *Patricia Howard, et al. v. Pfizer Inc, et al.* (06-5916 CRB) ) ) ) |
| 10 | |
| 11 | *Alice Ryan, et al. v. Pfizer, Inc, et al.* (06-5917 CRB) ) ) ) |
| 12 | *William Coleman, et al. v. Pfizer Inc, et al.* (06-5918 CRB) ) ) ) |
| 13 | |
| 14 | *Monica Mittag, et al. v. Pfizer Inc, et al.* (06-5919 CRB) ) ) ) |
| 15 | *Cynthia Smith, et al. v. Pfizer Inc, et al.* (06-5963 CRB) ) ) ) |
| 16 | |
| 17 | *John Roof v. Pfizer Inc, et al.* (06-5964 CRB) ) ) ) |
| 18 | *Lynda Jack, et al. v. Pfizer Inc, et al.* (06-5965 CRB) ) ) ) |
| 19 | |
| 20 | *Ernest Grant v. Pfizer Inc, et al.* (06-5970 CRB) ) ) ) |
| 21 | *Alice L. Pettit, et al. v. Pfizer Inc, et al.* (06-5973 CRB) ) ) ) |
| 22 | |
| 23 | *Wade Smith, et al. v. Pfizer Inc, et al.* (06-5975 CRB) ) ) ) |
| 24 | *Richard Gilmore, et al. v. Pfizer Inc, et al.* (06-5977 CRB) ) ) ) |
| 25 | |
| 26 | *Sergio Estrada v. Pfizer Inc, et al.* (06-5978 CRB) ) ) ) |
| 27 | *John Vallee, et al. v. Pfizer Inc, et al.* (06-5981 CRB) ) ) ) |
| 28 | |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

1 | *Betty Scott, et al. v. Pfizer Inc, et al.*
   | (06-5983 CRB)
2 |
   | *Norman Hamblen, et al. v. Pfizer Inc, et al.*
3 | (06-6058 CRB)
4 | *Dennis Johns, et al. v. Pfizer Inc, et al.*
   | (06-6059 CRB)
5 |
   | *Marion Walker, et al. v. Pfizer Inc, et al.*
6 | (06-6060 CRB)
7 | *Bessie R. Jackson-Cook v. Pfizer Inc, et al.*
   | (06-6061 CRB)
8 |
   | *Mary Gonzales, et al. v. Pfizer Inc, et al.*
9 | (06-6062 CRB)
10 | *Melvin Kenney, et al. v. Pfizer Inc, et al.*
   | (06-6064 CRB)
11 |
   | *Carol Pellini, et al. v. Pfizer Inc, et al.*
12 | (06-6065 CRB)
13 | *Antonio Pratts v. Pfizer Inc, et al.*
   | (06-6066 CRB)
14 |
   | *Mark Childs v. Pfizer Inc, et al.*
15 | (06-6067 CRB)
16 | *Mary Helen Johnson, et al. v. Pfizer Inc, et al.*
   | (06-6068 CRB)
17 |
   | *James E. Garver, et al. v. Pfizer Inc, et al.*
18 | (06-6070 CRB)
19 | *Tiffany R. Noell, et al. v. Pfizer Inc, et al.*
   | (06-6071 CRB)
20 |
   | *Beth Lehman, et al. v. Pfizer Inc, et al.*
21 | (06-6073 CRB)
22 | *Sharon Payne, et al. v. Pfizer Inc, et al.*
   | (06-6075 CRB)
23 |
   | *Nancy Harsh, et al. v. Pfizer Inc, et al.*
24 | (06-6083 CRB)
25 | *Dennis Yeager, et al. v. Pfizer Inc, et al.*
   | (06-6084 CRB)
26 |
   | *Lynda Jack, et al. v. Pfizer, Inc, et al.*
27 | (06-6087 CRB)
28 | *Fred Hardee, et al. v. Pfizer Inc, et al.*

-4-

| | |
|---|---|
| 1 | (06-6088 CRB) ) |
| 2 | *Lynn Hodges, et al. v. Pfizer Inc, et al.* ) <br> (06-6089 CRB) ) |
| 3 | ) |
| 4 | *Willie Vaughn v. Pfizer Inc, et al.* ) <br> (06-6092 CRB) ) |
| 5 | *Pauline Swihart, et al. v. Pfizer Inc, et al.* ) <br> (06-6093 CRB) ) |
| 6 | ) |
| 7 | *Douglas Horton v. Pfizer Inc, et al.* ) <br> (06-6094 CRB) ) |
| 8 | *June N. Bell v. Pfizer Inc, et al.* ) <br> (06-6095 CRB) ) |
| 9 | ) |
| 10 | *Jerry Rice, et al. v. Pfizer Inc, et al.* ) <br> (06-6096 CRB) ) |
| 11 | *Stephen Bryan, et al. v. Pfizer Inc, et al.* ) <br> (06-6097 CRB) ) |
| 12 | ) |
| 13 | *Steven Woods, et al. v. Pfizer Inc, et al.* ) <br> (06-6098 CRB) ) |
| 14 | *Brad Lovitt, et al. v. Pfizer Inc, et al.* ) <br> (06-6116 CRB) ) |
| 15 | ) |
| 16 | *April Froehlich, et al. v. Pfizer Inc, et al.* ) <br> (06-6117 CRB) ) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

EASTW2581180.1

| | | |
|---|---|---|
| 1 | DATED: /0-29, 2009 | By: /P/W |
| 2 | | |
| 3 | | **WEITZ & LUXENBERG, PC**<br>700 Broadway |
| 4 | | New York, New York 10003<br>Telephone: 212-558-5000<br>Facsimile: 212-344-5461 |
| 5 | | |
| 6 | | *Attorneys for Plaintiffs* |
| 7 | DATED: Nov. 2, 2009 | By: |
| 8 | | |
| 9 | | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, New York 10020 |
| 10 | | Telephone: 212-335-4500<br>Facsimile: 212-335-4501 |
| 11 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-6-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE